# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | |
| RICHARD CORBIN | : | NO. 10-352-02 |
| JOHNNIE CORLEY | | NO. 10-352-03 |

## ORDER RE: POST-TRIAL MOTIONS

AND NOW, this 24th day of October, 2011, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that Defendants' Post-Trial Motions (ECF Nos. 222, 223 and 225) are DENIED.

BY THE COURT:

/s/ Michael M. Baylson
---
Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\10-352 Corbin, US v\Corbin Corley Order post Trial Mots.wpd